**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jaime CAMPOS–PEREZ, Defendant–Appellant.**

No. 08–50729
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 1, 2009.

Mary Stillinger, El Paso, TX, for Defendant–Appellant.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jaime Campos–Perez (Campos) pleaded guilty to one count of illegal reentry and was sentenced to 40 months of imprisonment. *See* 8 U.S.C. § 1326. He appeals his sentence on the basis that the district court incorrectly assessed two criminal history points for the sentence of "time served" imposed upon his prior conviction for violating a no contact order. Campos has failed to make a showing of clear error in the district court's factual finding that his time served sentence was 61 days. *See United States v. Caldwell,* 448 F.3d 287,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

290 (5th Cir.2006). His sentence is therefore AFFIRMED.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.